STATEN ISLAND EDISON CORPORATION, Appellant, *v.* MILO R. MALTBIE et al., Constituting the Public Service Commission of the State of New York, Respondents, and CITY OF NEW YORK, Intervener, Defendant-Respondent.

Argued March 2, 1944; decided April 6, 1944.

*Jackson A. Dykman, Edmund B. Naylon, Royal F. Shepard* and *George Foster, Jr.,* for appellant.

*Philip Halpern* for Public Service Commission, respondent.

*Ignatius M. Wilkinson, Corporation Counsel (Harry Hertzoff* and *Francis J. Bloustein* of counsel), for City of New York, intervener, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.